STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, California  95661-3805
Telephone   (916) 797-3100
Facsimile     (916) 797-3131
steve@gurneelaw.com
john@gurneelaw.com

*E-FILED 7/19/05*

J. CLIFFORD GUNTER III (Texas Bar No. 08627000)
ANDREW EDISON (Texas Bar No. 00790629)
BRACEWELL & GIULIANI LLP
Pennzoil Place – South Tower
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781
Telephone   (713) 223-2300
Facsimile     (713) 221-1212
clifford.gunter@bracewellgiuliani.com
andrew.edison@bracewellgiuliani.com
(PRO HAC VICE APPLICATION PENDING)

Attorneys for Defendant
POWEREX CORP., a Canadian Corporation

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| PREFERRED ENERGY SERVICES, INC. | Case No.  C0501435 RS |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST AND** |
| | **[PROPOSED] ORDER TO CONTINUE** |
| RELIANT ENERGY SERVICES; DUKE ENERGY TRADING AND MARKETING, LLC; DYNEGY, INC.; POWEREX CORP.,; WILLIAMS ENERGY MARKETING; SEMPRA ENERGY RESOURCES, INC., AND TRADING COMPANY; and DOES 1 - 1000, | **CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| | Complaint filed:  October 1, 2004 |
| Defendants. | |

The parties, by and through their counsel of record, respectfully request the Court to continue the date of the Initial Case Management Conference in this matter [Civil L.R. 16-10], as

---

1
**STIPULATED REQUEST TO CONTINUE CMC          (CASE NO. C 05-01435 RS)**

well as related pre-Conference deadlines for reasons set forth below. All parties agree to the proposed changes.

This action was filed in Santa Clara County Superior Court on October 1, 2004 and removed to this Court by defendants on April 7, 2005. Upon removal, the matter was assigned to the Hon. Magistrate Judge Richard Seeborg and an Order was issued setting the matter for an initial Case Management Conference on August 10, 2005. The Order further requires the parties, on or before July 20, 2005, to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file a Joint ADR Certification with Stipulation to ADR process or a Notice of Need for ADR Phone Conference. In addition, the Order requires the parties to complete initial disclosures or state objection in its Rule 26(f) Report, file/serve a Case Management Statement, and file/serve a Rule 26(f) Report no later than August 3, 2005.

On April 12, 2005, shortly after removal to this Court, defendant Reliant Energy filed a Joint Notice of Potential Tag-Along Actions in *In re: California Wholesale Electricty Litigation*, MDL Docket No. 1405, before the Judicial Panel on Multidistrict Litigation ("JPML"), seeking transfer of this action to the Southern District of California for coordination with other actions currently before the Honorable Judge Whaley. On May 13, 2005, the JPML issued its Conditional Transfer Order, in response to which Plaintiff filed a Notice of Opposition. **_The JPML's hearing on Plaintiff's Opposition to the Conditional Transfer Order will take place on Thursday, July 28, 2005, and a decision is expected by the JPML shortly thereafter_**.

Based on the fact that an Order from the JPML transferring this action to the Southern District of California would render any further proceedings in this Court unnecessary, the parties agree that it is in their best interests, and well as in the interests of judicial efficiency and economy,

1  to postpone the Case Management Conference and all related pre-Conference deadlines until after
2  the JPML's ruling has been issued.
3    Based on the foregoing, the parties respectfully request that the Court issue an Order
4  vacating the current Case Management Conference date of August 10, 2005 and all related pre-
5  Conference deadlines and directing the parties to immediately notify the Court of the JPML's ruling
6
7  on the issue of transferring this action to the Southern District of California once it has been issued.
8  The parties further request that the Court's Order specify that new dates for the Case Management
9  Conference and related pre-Conference deadlines shall, if necessary, be set by the Court following
10 issuance of the JPML's ruling.
11
12   **IT IS SO STIPULATED:**

13 DATED: July _____, 2005         GURNEE & DANIELS LLP

15                 By /s/ Steven H. Gurnee
                  STEVEN H. GURNEE
16                   JOHN A. MASON

17                  2240 Douglas Boulevard, Suite 150
18                  Roseville, California 95661-3805
                 (916) 797-3100
19                  Facsimile (916) 797-3131

20                 BRACEWELL & GIULIANI LLP
21
22                  J. CLIFFORD GUNTER III
                 ANDREW M. EDISON
23                  711 Louisiana, Suite 2300
                 Houston, Texas 77002
24                  (713) 223-2300
                 Facsimile (713) 221-1212
25
26                 Attorneys for Defendant
                POWEREX CORP.
27
28

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP


By: /s/ Joel B. Kleinman
    JOEL B. KLEINMAN

    2101 L Street NW
    Washington, D.C. 20037
    (202) 785-9700

Attorneys for Defendant
DUKE ENERGY TRADING AND MARKETING, L.L.C.



BINGHAM MCCUTCHEN LLP


By: /s/ Terry J. Houlihan
    TERRY J. HOULIHAN
    GEOFFREY T. HOLTZ

    Three Embarcadero Center
    San Francisco, California 94111-4067
    (415) 393-2022
    Facsimile (415) 393-2286

LUCE FORWARD HAMILTON & SCRIPPS

    CHRISTOPHER J. HEALEY
    600 West Broadway, Suite 2600
    San Diego, California 92101-3391
    (619) 236-1414
    Facsimile (619) 232-8311

| | |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| 2 | J. GREGORY COPELAND |
| 3 | MARK R. ROBECK<br>One Shell Plaza |
| 4 | 910 Louisiana<br>Houston, Texas 77002 |
| 5 | (713) 229-1234<br>Facsimile (713) 229-7731 |
| 6 | |
| 7 | Attorneys for Defendant<br>RELIANT ENERGY SERVICES, INC. |
| 8 | |
| 9 | LATHAM & WATKINS LLP |
| 10 | |
| 11 | |
| 12 | By: /s/ Michael J. Weaver<br>     MICHAEL J. WEAVER |
| 13 |      KIMBERLY A. HICKS<br>     ELISABETH R. CANNON |
| 14 | |
| 15 | 600 West Broadway, Suite 1800<br>San Diego, California 92101-3375 |
| 16 | (619) 236-1234<br>Facsimile (619) 696-7419 |
| 17 | |
| 18 | Attorneys for Defendant<br>SEMPRA ENERGY RESOURCES, INC. |

```
                                    PILLSBURY WINTHROP SHAW
                                    PITTMAN LLP


                                    By: /s/ Michael J. Kass
                                         DOUGLAS R. TRIBBLE
                                         MICHAEL J. KASS

                                         101 West Broadway, Suite 1800
                                         San Diego, California 92101-8219
                                         (619) 234-5000
                                         Facsimile (619) 236-1995

                                    Attorneys for Defendant
                                    DYNEGY POWER MARKETING, INC.


                                    DLA PIPER RUDNICK GRAY CARY
                                    US LLP


                                    By: /s/ Mark H. Hamer
                                         JEFFREY M. SHOHET
                                         MARK H. HAMER

                                         4365 Executive Drive, Suite 1100
                                         San Diego, California 92121
                                         (858) 677-1400
                                         Facsimile (858) 677-1477

                                    Attorneys for Defendant
                                    WILLIAMS POWER COMPANY
                                    (Formerly known as Williams Energy Marketing
                                    &Trading Co.)
```

1
2
3
4
5
6
7
8
9
10

                                                ISON LAW OFFICES

                                        By:  /s/ Neil Ison
                                                NEIL ISON

                                              160 W. Santa Clara Street, Suite 1050
                                              San Jose, California 95113
                                              (408) 286-3070
                                              Facsimile (408) 286-3602

                                              Attorney for Plaintiff
                                              PREFERRED ENERGY SERVICES, INC.

11  Good cause therefore appearing, IT IS SO ORDERED.
12  Dated:  July 19, 2005

13  /s/ Richard Seeborg
    _____
14  United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7
STIPULATED REQUEST TO CONTINUE CMC        (CASE NO. C 05-01435 RS)